IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 09-00743 SBA |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL L. GOMEZ, ) | |
| ) | |
| Defendant. ) | |

TO: ALAMEDA COUNTY SHERIFF, Santa Rita Jail Facility, 5325 Broder Boulevard, Dublin, California 94568,

YOU ARE HEREBY ORDERED to admit Dr. Dale Watson, Ph.D., (866) 536-5301, to Santa Rita Jail Facility on February 18, 2010, from 10:00 a.m. to 4:00 p.m., to conduct a mental health examination of inmate Michael L. Gomez, PFN No: ULP 634.

IT IS FURTHER ORDERED, that Dr. Dale Watson, Ph.D., may bring a laptop computer into the interview room, to take notes of the interview.

DATED: 2/8/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

ORDER