BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00743 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | CONTINUANCE OF CHANGE OF |
| ) | PLEA AND SENTENCING DATE |
| MICHAEL GOMEZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case, currently scheduled for July 20, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, October 5, 2007, at 10:00 a.m. for change of plea and sentencing.  The reason for the request is that defense counsel needs additional time to review the draft pre-plea report with Mr. Gomez, and provide comments to the United States Probation Officer prior to the issuance of the final pre-plea report.  The additional time would also allow defense counsel to obtain documents relating to Mr. Gomez' mental condition and provide them to the United States probation officer and the government prior to sentencing.  United States

*United States v.Gomez*, CR 09-00743 SBA
Stip. to Continue Sentencing                          - 1 -

1  Probation Officer John D. Woods has been notified and has no objection to the proposed
2  continuance. He is available should the Court continue sentencing to that date.
3      The parties stipulate that the time from July 20, 2010, to October 5, 2010, should be excluded
4  in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) for adequate
5  preparation of counsel to allow counsel additional time to review the agreement and obtain relevant
6  documents. The Court also could exclude time under 18 U.S.C. §3161(h)(1)(G) as it continues to
7  consider the proposed plea agreement to be entered into by the defendant and the attorney for the
8  Government.

DATED: 7/09/10                                           /s/
                                                       JOYCE LEAVITT
                                                       Assistant Federal Public Defender

DATED: 7/09/10                                           /s/
                                                       CHRISTINA MCCALL
                                                       Assistant United States Attorney

    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date in this case, currently scheduled for July 20, 2010, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, October 5, 2010, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from July 20, 2010, to October 5, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and (h)(1)(G) for adequate preparation of counsel, so that defense counsel can obtain additional documents in support of sentencing and review the pre-plea report with Mr. Gomez, and in order for the Court to continue considering the proposed plea agreement to be entered into by the defendant and the attorney for the Government.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 7/13/10

_Saundra B Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge