1
2
3                           UNITED STATES DISTRICT COURT
4                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                                      OAKLAND DIVISION
6   UNITED STATES OF AMERICA,                  Case No:  CR 09-00743 SBA
7              Plaintiff,                      **ORDER OF REFERENCE FOR**
8                                              **CHANGE OF PLEA**
9         vs.
10  MICHAEL L. GOMEZ,
11             Defendant.
12
13
14         Pursuant to General Order 42, this Court finds that exceptional circumstances warrant
15  the referral of the above-captioned matter to Magistrate Judge Ryu for a report and
16  recommendation on the acceptance of Defendant's guilty plea.  The hearing before Magistrate
17  Judge Ryu on Defendant's guilty plea shall take place on October 5, 2010 at 10:00 a.m.  Upon
18  conducting that hearing, Magistrate Judge Ryu shall schedule the matter for judgment and
19  sentencing in Department 1 of this Court, Judge Saundra Brown Armstrong presiding, for
20  November 17, 2010 at 10:00 a.m.
21         IT IS SO ORDERED.
22  Dated: 9/27/10
                                                _____
23                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
24
25
26
27
28