UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL L. GOMEZ,<br><br>　　　　Defendant. | Case No:  CR 09-00743 SBA<br><br>**AMENDED ORDER OF REFERENCE FOR CHANGE OF PLEA** |

　　　　Pursuant to General Order 42, this Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Judge Ryu for a report and recommendation on the acceptance of Defendant's guilty plea.  The hearing before Magistrate Judge Ryu on Defendant's guilty plea shall take place on October 7, 2010 at 9:30 a.m.  Upon conducting that hearing, Magistrate Judge Ryu shall schedule the matter for judgment and sentencing in Department 1 of this Court, Judge Saundra Brown Armstrong presiding, for November 17, 2010 at 10:00 a.m.

　　　　IT IS SO ORDERED.

Dated: 9/27/10　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge