UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL L. GOMEZ,<br><br>    Defendant. | Case No:  CR 09-0743 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On September 27, 2010, the Court referred this matter to Magistrate Judge Ryu for a report and recommendation on the acceptance of Defendant's guilty plea. On October 7, 2010, Magistrate Judge Ryu issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. Objections to the Report and Recommendation were due by October 21, 2010. To date, the Court has received no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Ryu's Report and Recommendation (Docket 35) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: November 16, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge